**Appeal Dismissed and Memorandum Opinion filed May 2, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00578-CV

---

## 16TH STREET DEVELOPMENT PROJECT LLC, Appellant

## V.

## SKYLAR J. ROOSDETT, Appellee

---

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2020-30835**

---

### MEMORANDUM OPINION

This appeal is from a final judgment signed July 7, 2022. The reporter's record was filed August 15, 2022. The clerk's record was filed September 2, 2022. No brief was filed.

On February 28, 2023, this court issued an order stating that unless appellant filed a brief on or before March 30, 2023, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Spain.